

FILED
CLERK, U.S. DISTRICT COURT
November 7, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MIGUEL SOTO, <br><br> Plaintiff, <br><br> vs. <br><br> UNUM GROUP; UNUM LIFE INSURANCE CO OF AMERICA; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:18-cv-08825-SJO-SK <br><br> (Hon. S. James Otero – Ctrm. 10C) <br><br> [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE <br><br> **[FRCP 41(A)(1)]** <br><br> [Filed concurrently with Stipulation] <br><br> Complaint Filed: 10/12/18 |

1013725\304596937.v1

# **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: __November 7__, 2019

_/s/ S. James Otero_
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

1013725\304596937.v1